IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.6.62.70,<br><br>    Defendant.<br>                                               / | No. C 15-04246 WHA<br><br>**ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE** |

     A prior order extended the deadline to effectuate service to January 29. On January 29, plaintiff filed a motion seeking a further extension, citing the fact that it had not yet received the unredacted summons from the Court, making timely service impossible. Plaintiff shall have until **FEBRUARY 16** to effectuate service.

     **IT IS SO ORDERED.**

Dated: February 2, 2016.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE